**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of South Carolina**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | HandPicked, Inc. | |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | HandPicked | |
| **3. Debtor's federal Employer Identification Number** (EIN) | 57-0896848 | |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 270 Haribson Blvd | 113 Dandelion Court |
| Number        Street | Number        Street |
| | P.O. Box |
| Columbia          SC    29212 | Lexington          SC    29072 |
| City                        State     ZIP Code | City                        State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Lexington County | |
| County | Number        Street |
| | |
| | City                        State     ZIP Code |

**5. Debtor's website** (URL)  https://behandpicked.com

**6. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

| Debtor | HandPicked, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

4483

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                              MM / DD / YYYY

         District _____ When _____ Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  Sonya M. Ingram and Kevin D. Ingram    Relationship  Sonya Ingram is sole o

         District  District of South Carolina                When  06/30/2023
                                                                    MM / DD / YYYY

         Case number, if known _____

| Debtor | HandPicked, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  HandPicked, Inc.
_____    Case number (*if known*)_____
Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** --  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/30/2023
              MM  / DD / YYYY

✘ /s/ Sonya M. Ingram                               Sonya M. Ingram
_____              _____
Signature of authorized representative of debtor    Printed name

Title  Owner
_____

**18. Signature of attorney**

✘ /s/ W. Harrison Penn                          Date   06/30/2023
_____                    MM   / DD / YYYY
Signature of attorney for debtor

W. Harrison Penn
_____
Printed name

Penn Law Firm, LLC
_____
Firm name

1517 Laurel Street (29201) PO Box 11332
_____
Number      Street

Columbia                                         SC        29211-1332
_____    _____    _____
City                                             State     ZIP Code

8037718836                                       hpenn@mccarthy-lawfirm.com
_____            _____
Contact phone                                    Email address

District Ct. ID #11164                           SC
_____            _____
Bar number                                       State

---

**2022 S Corporation Return**
prepared for:

**HANDPICKED, INC.**
270 HARBISON BLVD
COLUMBIA, SC 29212

**DOOLEY AND COMPANY, LLC**
468 OLD CHEROKEE ROAD
LEXINGTON, SC 29072

1120S

HANDPICKED, INC.
270 HARBISON BLVD
COLUMBIA, SC 29212

DOOLEY AND COMPANY, LLC
468 OLD CHEROKEE ROAD
LEXINGTON, SC 29072

HANDPICKED, INC.
270 HARBISON BLVD
COLUMBIA, SC 29212

1120S

Form **8879-CORP**

(December 2022)

Department of the Treasury
Internal Revenue Service

# *E-file* Authorization for Corporations

For calendar year 2022, or tax year beginning _____, 20 ____, ending _____, 20 ____

**Use for *efile* authorizations for Form 1120, 1120-F or 1120S.**
**Do not send to the IRS. Keep for your records.**
**Go to *www.irs.gov/Form8879CORP* for the latest information.**

OMB No. 1545-0123

| Name of corporation | Employer identification number |
|---|---|
| HANDPICKED, INC. | 57-0896848 |

## Part I    Information (Whole dollars only)

| | | |
|---|---|---|
| **1** Total income (Form 1120, line 11) . . . . . . . . | **1** | |
| **2** Total income (Form 1120-F, Section II, line 11) . . . . . . | **2** | |
| **3** Total income (loss) (Form 1120-S, line 6) . . . . . . . . . . | **3** | 445,607. |

## Part II    Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's electronic income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgment of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

☐ I authorize _____ to enter my PIN [ ][ ][ ][ ][ ] as my signature
ERO firm name    do not enter all zeros
on the corporation's electronically filed income tax return.

☒ As an officer of the corporation, I will enter my PIN as my signature on the corporation's electronically filed income tax return.

Officer's signature _____ Date _____ Title PRESIDENT _____

## Part III    Certification and Authentication

**ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN.** [ 5 ][ 7 ][ 1 ][ 1 ][ 6 ][ 1 ][ 2 ][ 9 ][ 2 ][ 0 ][ 5 ]
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature _____. _____ Date 03/31/2023 _____

### ERO Must Retain This Form — See Instructions
### Do Not Submit This Form to the IRS Unless Requested To Do So

For Paperwork Reduction Act Notice, see instructions.    REV 03/08/23 PRO    Form **8879-CORP** (12-2022)
BAA

Form **1120-S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
**Go to** *www.irs.gov/Form1120S* **for instructions and the latest information.**

OMB No. 1545-0123

**2022**

For calendar year 2022 or tax year beginning , 2022, ending , 20

| | |
|---|---|
| **A** S election effective date<br>10/15/2014 | **D** Employer identification number<br>57-0896848 |
| **B** Business activity code number (see instructions)<br>458310 | **E** Date incorporated<br>09/01/1989 |
| **C** Check if Sch. M-3 attached ☐ | **F** Total assets (see instructions)<br>$   695,609. |

TYPE OR PRINT

Name
HANDPICKED, INC.
Number, street, and room or suite no. If a P.O. box, see instructions.
270 HARBISON BLVD
City or town, state or province, country, and ZIP or foreign postal code
COLUMBIA SC 29212

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☒ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . ▶ 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | | |
|---|---|---|---|---|
| 1a | Gross receipts or sales . . . . . . . . | 1a | 708,826. | |
| b | Returns and allowances . . . . . . . . | 1b | | |
| c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . | | 1c | 708,826. |
| 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . | | 2 | 263,219. |
| 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . | | 3 | 445,607. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . | | 4 | |
| 5 | Other income (loss) (see instructions—attach statement) . . . . . . | | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . | | 6 | 445,607. |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions—attach Form 1125-E) . . . . | 7 | 109,577. |
| 8 | Salaries and wages (less employment credits) . . . . . . . . . | 8 | 169,247. |
| 9 | Repairs and maintenance . . . . . . . . . . . . . . | 9 | 22,356. |
| 10 | Bad debts . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Rents . . . . . . . . . . . . . . . . . . | 11 | 86,267. |
| 12 | Taxes and licenses . . . . . . . . . . . . . . . | 12 | 45,243. |
| 13 | Interest (see instructions) . . . . . . . . . . . . . . | 13 | 79,114. |
| 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 5,180. |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) . . . . . . . . | 15 | |
| 16 | Advertising . . . . . . . . . . . . . . . . . | 16 | 9,597. |
| 17 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . | 17 | 2,427. |
| 18 | Employee benefit programs . . . . . . . . . . . . . | 18 | 250. |
| 19 | Other deductions (attach statement)   See Statement . . . . . | 19 | 320,774. |
| 20 | **Total deductions.** Add lines 7 through 19 . . . . . . . . . ▶ | 20 | 850,032. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 . . . . | 21 | -404,425. |

### Tax and Payments

| | | | | |
|---|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) . . . | 22a | | |
| b | Tax from Schedule D (Form 1120-S) . . . . . . . . . . . | 22b | | |
| c | Add lines 22a and 22b (see instructions for additional taxes) . . . . . | | 22c | |
| 23a | 2022 estimated tax payments and 2021 overpayment credited to 2022 . . | 23a | | |
| b | Tax deposited with Form 7004 . . . . . . . . . . . . | 23b | 0. | |
| c | Credit for federal tax paid on fuels (attach Form 4136) . . . . . . | 23c | | |
| d | Add lines 23a through 23c . . . . . . . . . . . . . | | 23d | 0. |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . ☐ | | 24 | |
| 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | 25 | 0. |
| 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | 26 | |
| 27 | Enter amount from line 26:   **Credited to 2023 estimated tax** ▶          **Refunded** ▶ | | 27 | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer          Date          Title   **PRESIDENT**

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

### Paid Preparer Use Only

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name<br>Rodney K. Dooley, Jr., CPA/PFS/CFF | Preparer's signature<br>Rodney K. Dooley, Jr., CPA/PFS/CFF | Date<br>03/31/2023 | Check ☐ if self-employed | PTIN<br>P01079014 |
| Firm's name ▶ DOOLEY AND COMPANY, LLC | | | Firm's EIN ▶ 57-0757755 | |
| Firm's address ▶ 468 OLD CHEROKEE ROAD LEXINGTON SC 29072 | | | Phone no. (803)359-3800 | |

**For Paperwork Reduction Act Notice, see separate instructions. BAA**          REV 03/08/23 PRO          Form **1120-S** (2022)

Form 1120-S (2022)     Page **2**

## Schedule B   Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:   **a** ☐ Cash   **b** ☒ Accrual<br>     **c** ☐ Other (specify) _____ | | |
| 2 | See the instructions and enter the:<br>**a** Business activity RETAIL SALES     **b** Product or service RETAIL PRODUCTS | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . | | ✕ |
| 4 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | ✕ |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . | | ✕ |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . | | ✕ |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i)   Total shares of restricted stock . . . . . _____ | | |
| | (ii)   Total shares of non-restricted stock . . . _____ | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . | | ✕ |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i)   Total shares of stock outstanding at the end of the tax year . . _____ | | |
| | (ii)   Total shares of stock outstanding if all instruments were executed _____ | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . | | ✕ |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . $ _____ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . | | ✕ |
| 10 | Does the corporation satisfy one or more of the following? See instructions | | ✕ |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j). | | |
| 11 | Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . | | ✕ |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

Form 1120-S (2022)      Page **3**

## Schedule B   Other Information (see instructions) *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . | | | × |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . | | | × |
| 14a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? . . . . . | | × | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . | | × | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . | | | × |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . . $ | | | |

## Schedule K   Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) . . . . . . . . . | 1 | −404,425. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . . . | 2 | |
| | 3a | Other gross rental income (loss) . . . . . . . . . | 3a | |
| | b | Expenses from other rental activities (attach statement) . . | 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . | 3c | |
| | 4 | Interest income . . . . . . . . . . . . . . . | 4 | |
| | 5 | Dividends: a Ordinary dividends . . . . . . . . . | 5a | |
| | | b Qualified dividends . . . . . | 5b | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . | 8a | |
| | b | Collectibles (28%) gain (loss) . . . . . | 8b | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . | 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . | 9 | −634. |
| | 10 | Other income (loss) (see instructions) . . . Type: | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . | 11 | |
| | 12a | Charitable contributions . . . . . . . . . . . | 12a | |
| | b | Investment interest expense . . . . . . . . . . | 12b | |
| | c | Section 59(e)(2) expenditures . . . . . Type: | 12c | |
| | d | Other deductions (see instructions) . . . . Type: | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . | 13a | |
| | b | Low-income housing credit (other) . . . . . . . . | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d | Other rental real estate credits (see instructions) Type: _____ | 13d | |
| | e | Other rental credits (see instructions) Type: _____ | 13e | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . | 13f | |
| | g | Other credits (see instructions) . . . . . Type: | 13g | |
| **International** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance . . . . ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment . . . . . . . . . | 15a | |
| | b | Adjusted gain or loss . . . . . . . . . . . . | 15b | |
| | c | Depletion (other than oil and gas) . . . . . . . . | 15c | |
| | d | Oil, gas, and geothermal properties—gross income . . . . | 15d | |
| | e | Oil, gas, and geothermal properties—deductions . . . . | 15e | |
| | f | Other AMT items (attach statement) . . . . . . . . | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income . . . . . . . . . . | 16a | |
| | b | Other tax-exempt income . . . . . . . . . . | 16b | |
| | c | Nondeductible expenses . . . . . . . . . . . | 16c | 25,930. |
| | d | Distributions (attach statement if required) (see instructions) . . | 16d | 0. |
| | e | Repayment of loans from shareholders . . . . . . . | 16e | |
| | f | Foreign taxes paid or accrued . . . . . . . . . | 16f | |

REV 03/08/23 PRO      Form **1120-S** (2022)

Form 1120-S (2022)                                                                                                    Page **4**

| Schedule K | | Shareholders' Pro Rata Share Items *(continued)* | | | Total amount | |
|---|---|---|---|---|---|---|
| **Other Information** | 17a | Investment income | 17a | | |
| | b | Investment expenses | 17b | | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | | 0. |
| | d | Other items and amounts (attach statement) ** SEC 199A INFO: SEE STMT A | | | |
| **Reconciliation** | 18 | **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | 18 | | -405,059. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash | | 369,824. | | 79,169. |
| 2a | Trade notes and accounts receivable | 0. | | 0. | |
| b | Less allowance for bad debts | ( ) | 0. | ( ) | 0. |
| 3 | Inventories | | 53,689. | | 74,373. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement)Ln 6.St | | 89,156. | | 53,983. |
| 7 | Loans to shareholders | | | | 28,582. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 230,277. | | 225,525. | |
| b | Less accumulated depreciation | ( 215,872.) | 14,405. | ( 216,934.) | 8,591. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | 2,516,704. | | 2,516,704. | |
| b | Less accumulated amortization | ( 1,814,123.) | 702,581. | ( 2,065,793.) | 450,911. |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 1,229,655. | | 695,609. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 12,458. | | -4,680. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement)Ln 18 St | | 21,797. | | 18,680. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 2,765,610. | | 2,698,254. |
| 21 | Other liabilities (attach statement) Ln 21 St. | | 236,198. | | 220,752. |
| 22 | Capital stock | | 100. | | 100. |
| 23 | Additional paid-in capital | | 242,275. | | 242,275. |
| 24 | Retained earnings | | -2,048,783. | | -2,479,772. |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 1,229,655. | | 695,609. |

REV 03/08/23 PRO                                                                               Form **1120-S** (2022)

Form 1120-S (2022)                                                                                          Page **5**

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| **1** | Net income (loss) per books . . . . | −430,989. | **5** | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) _____ | | **a** | Tax-exempt interest $ _____ | |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 16f (itemize): | | **6** | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| **a** | Depreciation $ _____ | | **a** | Depreciation $ _____ | |
| **b** | Travel and entertainment $ 1,212. See M-1, Line 3 Stmt   24,718. | 25,930. | **7** | Add lines 5 and 6 . . . . . . . | |
| **4** | Add lines 1 through 3 . . . . . | −405,059. | **8** | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 . . . . | −405,059. |

## Schedule M-2   Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account
(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| **1** | Balance at beginning of tax year . . . . . | −483,216. | 0. | 0. | 186,655. |
| **2** | Ordinary income from page 1, line 21 . . . | | | | |
| **3** | Other additions . . . . . . . . . . | | | | |
| **4** | Loss from page 1, line 21 . . . . . . . | ( 404,425. ) | | | |
| **5** | Other reductions See M-2 Line 5 Stmt . . | ( 26,564. ) | | ( | ) |
| **6** | Combine lines 1 through 5 . . . . . . . | −914,205. | 0. | 0. | 186,655. |
| **7** | Distributions . . . . . . . . . . | 0. | 0. | 0. | 0. |
| **8** | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . . | −914,205. | 0. | 0. | 186,655. |

REV 03/08/23 PRO                                                                          Form **1120-S** (2022)

Form **4797**

Department of the Treasury
Internal Revenue Service

### Sales of Business Property

(Also Involuntary Conversions and Recapture Amounts
Under Sections 179 and 280F(b)(2))

**Attach to your tax return.**
**Go to www.irs.gov/Form4797 for instructions and the latest information.**

OMB No. 1545-0184

**2022**

Attachment
Sequence No. **27**

| Name(s) shown on return | Identifying number |
|---|---|
| HANDPICKED, INC. | 57-0896848 |

| | | |
|---|---|---|
| **1a** | Enter the gross proceeds from sales or exchanges reported to you for 2022 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions . . . . . . . | **1a** |
| **b** | Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets . . . . . . . . | **1b** |
| **c** | Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets . . . . . . . . | **1c** |

#### Part I — Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (see instructions)

| 2 | (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| | CCTV & ALARM | 09/08/2016 | 12/28/2022 | 0. | 4,118. | 4,752. | -634. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| **3** | Gain, if any, from Form 4684, line 39 . . . . . . . . | **3** | |
| **4** | Section 1231 gain from installment sales from Form 6252, line 26 or 37 . . . . . | **4** | |
| **5** | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 . . . . . | **5** | |
| **6** | Gain, if any, from line 32, from other than casualty or theft . . . . . . . | **6** | |
| **7** | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows . . | **7** | -634. |

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | | |
|---|---|---|---|
| **8** | Nonrecaptured net section 1231 losses from prior years. See instructions . . . . | **8** | |
| **9** | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions . . . . . . . | **9** | |

#### Part II — Ordinary Gains and Losses (see instructions)

| | | | |
|---|---|---|---|
| **10** | Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less): | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **11** | Loss, if any, from line 7 . . . . . . . . . . . . | **11** | ( ) |
| **12** | Gain, if any, from line 7 or amount from line 8, if applicable . . . . . . | **12** | |
| **13** | Gain, if any, from line 31 . . . . . . . . . . . . | **13** | |
| **14** | Net gain or (loss) from Form 4684, lines 31 and 38a . . . . . . . | **14** | |
| **15** | Ordinary gain from installment sales from Form 6252, line 25 or 36 . . . . . | **15** | |
| **16** | Ordinary gain or (loss) from like-kind exchanges from Form 8824 . . . . . | **16** | |
| **17** | Combine lines 10 through 16. . . . . . . . . . . | **17** | |
| **18** | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below. | | |
| **a** | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions . . . . . . | **18a** | |
| **b** | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 . . . . . . . . . . | **18b** | |

**For Paperwork Reduction Act Notice, see separate instructions.**   **BAA**   REV 03/08/23 PRO   Form **4797** (2022)

Form **1125-A**
(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| HANDPICKED, INC. | 57-0896848 |

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year . . . . . . . . . . . . . . . . . | **1** | 53,689 |
| 2 | Purchases . . . . . . . . . . . . . . . . . . . . . . | **2** | 256,065 |
| 3 | Cost of labor . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Additional section 263A costs (attach schedule) . . . . . . . . . . . . | **4** | |
| 5 | Other costs (attach schedule) . . . . . . See Statement . . . . . . | **5** | 27,838 |
| 6 | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . . . . | **6** | 337,592 |
| 7 | Inventory at end of year . . . . . . . . . . . . . . . . . . | **7** | 74,373 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions . . . . . . . . . . . . . | **8** | 263,219 |

**9a** Check all methods used for valuing closing inventory:

　　*(i)* ☐ Cost

　　*(ii)* ☒ Lower of cost or market

　　*(iii)* ☐ Other (Specify method used and attach explanation.) ▶ _____

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . | **9d** | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

---

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

**Small business taxpayers.** For tax years beginning after December 31, 2017, the following apply.

• A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.

• A small business taxpayer is not required to capitalize costs under section 263A.

## General Instructions

### Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of

merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

**Small business taxpayer.** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

• The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

• Real property or personal property (tangible and intangible) acquired for resale.

• The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

---

REV 03/08/23 PRO    Form **1125-A** (Rev. 11-2018)

671121

| | | |
|---|---|---|

**Schedule K-1
(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2022**
For calendar year 2022, or tax year

beginning ___ / ___ / 2022    ending ___ / ___ / ___

**Shareholder's Share of Income, Deductions, Credits, etc.**    See separate instructions.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

**Part III    Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| **1** | Ordinary business income (loss) | **13** | Credits |
| | –404,425. | | |
| **2** | Net rental real estate income (loss) | | |
| **3** | Other net rental income (loss) | | |
| **4** | Interest income | | |
| **5a** | Ordinary dividends | | |
| **5b** | Qualified dividends | **14** | Schedule K-3 is attached if checked . . . . ☐ |
| **6** | Royalties | **15** | Alternative minimum tax (AMT) items |
| **7** | Net short-term capital gain (loss) | | |
| **8a** | Net long-term capital gain (loss) | | |
| **8b** | Collectibles (28%) gain (loss) | | |
| **8c** | Unrecaptured section 1250 gain | | |
| **9** | Net section 1231 gain (loss) | **16** | Items affecting shareholder basis |
| | –634. | C | 25,930. |
| **10** | Other income (loss) | D | 0. |

**Part I    Information About the Corporation**

**A** Corporation's employer identification number
57-0896848

**B** Corporation's name, address, city, state, and ZIP code
HANDPICKED, INC.

270 HARBISON BLVD
COLUMBIA SC 29212

**C** IRS Center where corporation filed return
Kansas City, MO  64999-0013

**D** Corporation's total number of shares
Beginning of tax year  . . . . . _____
End of tax year  . . . . . . . . _____

**Part II    Information About the Shareholder**

**E** Shareholder's identifying number
████████2348

**F** Shareholder's name, address, city, state, and ZIP code
SONYA M. INGRAM

113 DANDELION COURT
LEXINGTON SC 29072

**G** Current year allocation percentage . . .    100.00000 %

**H** Shareholder's number of shares
Beginning of tax year  . . . . . _____
End of tax year  . . . . . . . . _____

**I** Loans from shareholder
Beginning of tax year  . . . . $ _____
End of tax year  . . . . . . . $ _____

| | |
|---|---|
| **11** | Section 179 deduction |
| **12** | Other deductions |

| | |
|---|---|
| **17** | Other information |
| V | * STMT |

**18** ☐  More than one activity for at-risk purposes*
**19** ☐  More than one activity for passive activity purposes*

\* See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.    www.irs.gov/Form1120S    REV 03/08/23 PRO    Schedule K-1 (Form 1120-S) 2022
BAA

## Statement A—QBI Pass-through Entity Reporting

| Corporation's name: HANDPICKED, INC. | | | Corporation's EIN: 57-0896848 | |
|---|---|---|---|---|
| Shareholder's name: SONYA M. INGRAM | | | Shareholder's identifying no: ██████2348 | |
| | | 1120S, Line 21 | | |
| | | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **Shareholder's share of:** | | | | |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | | |
| | Ordinary business income (loss) | −404,425. | | |
| | Rental income (loss) | | | |
| | Royalty income (loss) | | | |
| | Section 1231 gain (loss) | | | |
| | Other income (loss) | | | |
| | Section 179 deduction | | | |
| | Other deductions | | | |
| **W-2 wages** | | 278,824. | | |
| **UBIA of qualified property** | | 225,407. | | |
| **Section 199A dividends** | | | | |

## Statement A—QBI Pass-through Entity Reporting

| Corporation's name: | | | Corporation's EIN: | |
|---|---|---|---|---|
| Shareholder's name: | | | Shareholder's identifying no: | |
| | | | | |
| | | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **Shareholder's share of:** | | | | |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | | |
| | Ordinary business income (loss) | | | |
| | Rental income (loss) | | | |
| | Royalty income (loss) | | | |
| | Section 1231 gain (loss) | | | |
| | Other income (loss) | | | |
| | Section 179 deduction | | | |
| | Other deductions | | | |
| **W-2 wages** | | | | |
| **UBIA of qualified property** | | | | |
| **Section 199A dividends** | | | | |

REV 03/08/23 PRO

Form **1125-E**
(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-0123

| Name | Employer identification number |
|------|-------------------------------|
| HANDPICKED, INC. | 57-0896848 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| **1** Officer Wages | 2348 | 100% | % | % | 109,577. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** | Total compensation of officers . . . . . . . . . . . . . . . | **2** | 109,577. |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . | **4** | 109,577. |

For Paperwork Reduction Act Notice, see separate instructions. BAA

REV 03/08/23 PRO     Form **1125-E** (Rev. 10-2016)

**Form 1120S**　　　　　**199A Statement A Summary**　　　　　**2022**

QuickZoom to Other Copy _____　　　　　Page 1

| Corporation's Name: HANDPICKED, INC. | Corporation's EIN: 57-0896848 |
|---|---|

| | 1120S, Line 21 ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB |
|---|---|---|---|
| **Shareholder's share of:** QBI or qualified PTP items subject to shareholder-specific determinations: | | | |
| Ordinary business inc (loss) . | -404,425. | | |
| Rental income (loss) . . . . . | | | |
| Royalty income (loss) . . . . . | | | |
| Section 1231 gain (loss) . . . | | | |
| Other income (loss) . . . . . . | | | |
| Section 179 deduction . . . . | | | |
| Other deductions . . . . . . . | | | |
| W-2 wages . . . . . . . . . . | 278,824. | | |
| UBIA of qualified property . . . | 225,407. | | |
| Qualified REIT dividends . . . . | | | |

Corporation's Name: _____    Corporation's EIN: _____

|  | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
|---|---|---|---|
| **Shareholder's share of:**<br>QBI or qualified PTP items subject to shareholder-specific determinations: | | | |
| Ordinary business inc (loss) . | ___ _____ | _____ | _____ |
| Rental income (loss) . . . . . | ___ _____ | _____ | _____ |
| Royalty income (loss) . . . . . | ___ _____ | _____ | _____ |
| Section 1231 gain (loss) . . . | ___ _____ | _____ | _____ |
| Other income (loss) . . . . . . | ___ _____ | _____ | _____ |
| Section 179 deduction . . . . | ___ _____ | _____ | _____ |
| Other deductions . . . . . . . | ___ _____ | _____ | _____ |
| W-2 wages . . . . . . . . . . . | ___ _____ | _____ | _____ |
| UBIA of qualified property . . . | ___ _____ . | _____ | _____ |
| Qualified REIT dividends . . . . | ___ ___ | | |

spsw9907.SCR   12/14/19

| Form 1120S<br>Schedule L | **Other Assets** | **2022** |
|---|---|---|

| Name<br>HANDPICKED, INC. | Employer ID Number<br>57-0896848 |
|---|---|

| **Other Current Assets:** | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| 1123 Â· Prepaid Purchases | 5,147. | 5,147. |
| 1127 Â· Prepaid Insurance | 0. | 0. |
| 1128 Â· Prepaid Support Ma | 0. | 0. |
| 1129 Â· Prepaids/Deposits       . | 43,612. | 47,027. |
| 1131 Â· Prepaid Shipping O | 38,588. | 0. |
| 1136 Â· Escrow Held by BDC | 1,784. | 1,784. |
| 1138 Â· Prepaid Stones | 25. | 25. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 6** . . . . . . . . . . . . . ▶ | 89,156. | 53,983. |

| **Other Investments:** | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 9** . . . . . . . . . . . . . ▶ | | |

| **Other Assets:** | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 14** . . . . . . . . . . . . . ▶ | | |

| Form 1120S<br>Schedule L | **Other Liabilities**<br>and Adjustments to Shareholders' Equity | **2022** |
|---|---|---|

| Name | Employer ID Number |
|---|---|
| HANDPICKED, INC. | 57-0896848 |

| **Other Current Liabilities:** | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| 2106.1 Â· State Withholdin | 0. | 0. |
| 2015 Â· Health Insurance P | 0. | 0. |
| 2110 Â· Federal Withholdin | 0. | 0. |
| 2124 Â· Fica | 0. | 0. |
| 2144 Â· Medicare | 0. | 0. |
| 2200 Â· Sales Tax Payable | 6,892. | 5,566. |
| 2256 Â· Salaries Payable | 3,737. | 1,943. |
| 2261 Â· Contributions Paya | 0. | 0. |
| 2262 Â· Miscellaneous Paya | 0. | 0. |
| 2254 Â· NC-Sales Tax Payab | 11,163. | 11,163. |
| Rounding | 5. | 8. |
| | | |
| **Total to Form 1120S, Schedule L, line 18** . . . . . . . . . . . . . ▶ | 21,797. | 18,680. |

| **Other Liabilities:** | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| 2000 Â· Accrued /Other Lia | 1,238. | 8,392. |
| 2001 Â· Bank of America | 0. | 0. |
| 2001.2 Â· BOA - Sonya Ingr | 50,709. | 38,199. |
| 2002 Â· American Express | 16,845. | 11,705. |
| 2003 Â· Elite Wells Fargo | 0. | 0. |
| 2006 Â· Wells Commercial | 0. | 0. |
| 2013 Â· 401K Loan Payable | 0. | 0. |
| 2014 Â· Deferred Compensat | 875. | -627. |
| 2245 Â· Deferred Gift Card | 1,725,487. | 1,732,547. |
| 2246 Â· Deferred Due Bills | 104,954. | 110,639. |
| 2247 Â· Deferred Gift Card | -1,663,910. | -1,680,103. |
| | | |
| **Total to Form 1120S, Schedule L, line 21** . . . . . . . . . . . . . ▶ | 236,198. | 220,752. |

| **Adjustments to Shareholders' Equity:** | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 25** . . . . . . . . . . . . . ▶ | | |

### 199A Worksheet by Activity                                    **2022**

► Keep for your records

| Corporation's name | Corporation's EIN |
|---|---|
| HANDPICKED, INC. | 57-0896848 |

QuickZoom to 199A Summary . . . . ► _____

Aggregation Code: ___

| Trade or Business: 1120S, Line 21 |
| EIN: 57-0896848 |

Is this activity a qualified trade/business? . . . . . . . . [X] Yes [ ] No
Specified Service Trade or Business? . . . . . . . . . [ ] Yes [X] No

**QBI or qualified PTP items subject to shareholder-specific determinations:**

| | | | |
|---|---|---|---:|
| **1 a** Ordinary business income (loss) . . . . . . . . . . . . . . **1 a** | −404,425. | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted ordinary business income (loss) . . . . . . . . . . . . . . . . | | **1 c** | −404,425. |
| **2 a** Rental income (loss) . . . . . . . . . . . . . . . . **2 a** | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted rental income (loss) . . . . . . . . . . . . . . . . . . . | | **2 c** | |
| **3 a** Royalty income (loss) . . . . . . . . . . . . . . . . **3 a** | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted royalty income (loss) . . . . . . . . . . . . . . . . . . | | **3 c** | |
| **4 a** Section 1231 gain (loss) . . . . . . . . . . . . . . . . **4 a** | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted section 1231 gain (loss) . . . . . . . . . . . . . . . . | | **4 c** | |
| **5** Other income (loss) . . . . . . . . . . . . . . . . . . **5** | | | |
| **6 a** Section 179 deduction . . . . . . . . . . . . . . . . **6 a** | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted section 179 deduction . . . . . . . . . . . . . . . . | | **6 c** | |
| **7** Other deductions . . . . . . . . . . . . . . . . . . . . . **7** | | | |
| **8 a** W-2 wages . . . . . . . . . . . . . . . . . . **8 a** | 278,824. | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted W-2 Wages . . . . . . . . . . . . . . . . . . | | **8 c** | 278,824. |
| **9 a** UBIA of qualified property . . . . . . . . . . . . . **9 a** | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . **b** | 225,407. | | |
| **c** Adjusted UBIA of qualified property . . . . . . . . . . . . . . . | | **9 c** | 225,407. |

**Section 179 Carryover Detail for this Activity**

| | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| Tentative Section 179 deduction from current year assets . . . . . | | |
| **Part I: Prior Year Carryovers by Year and Category** | | |
| **A** Before 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0. |
| **B** 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **C** 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **D** 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **E** 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **Total prior year carryovers to this year** . . . . . . . . . . . . | | |

| | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| **Part II: 179 Deduction Allowed by Year and Category** | | |
| **Total 179 deduction allowed for this activity in current year** . . . . | | |
| **A** Amount allowed from 2022 . . . . . . . . . . . . . . . . . . | | |
| **B** Amount allowed from before 2018 . . . . . . . . . . . . . . | | |
| **C** Amount allowed from 2018 . . . . . . . . . . . . . . . . . . | | |
| **D** Amount allowed from 2019 . . . . . . . . . . . . . . . . . . | | |
| **E** Amount allowed from 2020 . . . . . . . . . . . . . . . . . . | | |
| **F** Amount allowed from 2021 . . . . . . . . . . . . . . . . . . | | |

| | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| **Part III: Total Carryforward to 2023 by Year and Category** | | |
| **A** Carryforward from 2022 . . . . . . . . . . . . . . . . . . . | | |
| **B** Carryforward from before 2018 . . . . . . . . . . . . . . . | | |
| **C** Carryforward from 2018 . . . . . . . . . . . . . . . . . . . | | |
| **D** Carryforward from 2019 . . . . . . . . . . . . . . . . . . . | | |
| **E** Carryforward from 2020 . . . . . . . . . . . . . . . . . . . | | |
| **F** Carryforward from 2021 . . . . . . . . . . . . . . . . . . . | | |
| **Total carryforward to next year** . . . . . . . . . . . . . . . | | |

spsw9906.SCR  09/22/22

**HANDPICKED, INC.**                                                                        **57-0896848**                    **1**

## Additional Information From 2022 US Form 1120S: Income Tax Return for S Corp

**Form 1120S: S-Corporation Tax Return**
**Other Deductions**                                                                       **Continuation Statement**

| Description | Amount |
|---|---:|
| ACCOUNTING | 2,823. |
| AMORTIZATION | 251,670. |
| AUTOMOBILE AND TRUCK EXPENSE | 2,881. |
| BANK CHARGES | 2,211. |
| COMPUTER SERVICES AND SUPPLIES | 9,615. |
| EQUIPMENT RENT | 2,409. |
| INSURANCE | 5,537. |
| LEGAL AND PROFESSIONAL | 2,170. |
| MEALS (50%) | 1,213. |
| MISCELLANEOUS | 551. |
| OFFICE EXPENSE | 20,651. |
| POSTAGE | 942. |
| TELEPHONE | 5,375. |
| TRAVEL | 4,963. |
| UTILITIES | 7,763. |
| **Total** | **320,774.** |

**Form 1120S: S-Corporation Tax Return**
**M-1, Line 3, Expenses Recorded on Books, Not Included on Schedule K-1**    **Continuation Statement**

| Description | Amount |
|---|---:|
| LIFE INSURANCE PREMIUMS | 24,717. |
| ROUNDING | 1. |
| **Total** | **24,718.** |

**Form 1120S: S-Corporation Tax Return**
**M-2 Line 5, Other Reductions**                                                          **Continuation Statement**

| Description | AAA Amount | OAA Amount |
|---|---:|---|
| NET LOSS UNDER SECTION 1231 | 634. | |
| MEALS AND ENTERTAINMENT | 1,212. | |
| LIFE INSURANCE PREMIUMS | 24,717. | |
| ROUNDING | 1. | |
| **Total** | **26,564.** | |

**Form 1125-A: Cost of Goods Sold**
**Other Costs Statement**                                                                 **Continuation Statement**

| Other Cost | Other Amount |
|---|---:|
| COGS ADJUSTMENT | 20,684 |

**HANDPICKED, INC.**                                              57-0896848                                    **2**

**Form 1125-A: Cost of Goods Sold**
**Other Costs Statement**                                              **Continuation Statement**

| Other Cost | Other Amount |
|---|---:|
| 6003 Â· Shipping Other | 7,154 |
| **Total** | 27,838 |

1030
dor.sc.gov



STATE OF SOUTH CAROLINA
DEPARTMENT OF REVENUE
**CORPORATE INCOME TAX PAYMENT VOUCHER**

**SC1120-V**
(Rev. 5/4/22)
3416

Pay online using our free tax portal, MyDORWAY, at **dor.sc.gov/pay**. Select **Business Income Tax Payment** to get started. Do not mail a paper copy of the SC1120-V if you pay online.

- If you owe $15,000 or more in connection with any SCDOR return, you must file and pay electronically according to SC Code Section 12-54-250.
- If you file by paper, use only black ink on the SC1120-V and on your check.
- Enter your Federal Employer Identification Number (FEIN), name, and address.
- Enter the Income Tax period ending in the MM-YY format.
- Enter your payment amount in whole dollars without a dollar sign (example: 154.00).
- Your payment amount should match the balance due on your Corporate Tax Return.
- If the total tax due is not paid in full by the original due date, penalty and interest will result until the return is filed and the full amount of tax is paid.
- If you filed your Corporate Tax Return electronically with a balance due, **do not** include a paper copy of your return when you mail your SC1120-V.
- If you file your Corporate Tax Return by paper and have a balance due, submit your payment with the return. **Do not** mail your payment separately with the SC1120-V.
- Make your check payable to SCDOR. Include your name, FEIN, tax year, and SC1120-V in the memo line of the check. **Do not send cash.**
- Mail your SC1120-V and payment in one envelope.

**Mail your SC1120-V and payment to:** SCDOR, Corporate Voucher, PO Box 100153, Columbia, SC 29202

✂ - - - - - - - - - - - - - cut along dotted line - - - - - - - - - - - - -
REV 03/29/23 PRO

1030
dor.sc.gov

SC DEPARTMENT OF REVENUE
**CORPORATE INCOME TAX PAYMENT VOUCHER**

**SC1120-V**
(Rev. 5/4/22)
3416

**Pay online! It's quick and easy! Use our free online tax portal, MyDORWAY, at dor.sc.gov/pay.**

| FEIN | Income Tax period ending (MM-YY) |
|---|---|
| ▶57-0896848 | ▶12/22 |

Name and address of corporation

HANDPICKED, INC.
270 HARBISON BLVD

COLUMBIA          SC  29212

Payment
amount ▶            257.00

**Do not send cash.** Make your check payable to SCDOR and include your name, FEIN, tax year, and SC1120-V in the memo.

34161034   570896848   1222   00000025700                    0

1030





STATE OF SOUTH CAROLINA
DEPARTMENT OF REVENUE

**S CORPORATION INCOME TAX RETURN**
Due by the 15th day of the third month following the close of the taxable year.

dor.sc.gov

**SC 1120S**
(Rev. 6/9/22)
3095

Income Tax period ending  12 - 31 - 2022

License Fee period ending  12 - 31 - 2023

FEIN  57-0896848

Name  HANDPICKED, INC.

Mailing address  270 HARBISON BLVD

City  COLUMBIA    State  SC    ZIP  29212

Change of ▶ ☒  Address   ☐ Accounting Period ☐ Officers

☒ Check if you filed a federal or state extension

▶ ☒ Check for Active Trade or Business election

Check if: ▶ ☐ Initial Return  ▶ ☐ Amended Return

▶ ☐ Includes QSSSs and/or Disregarded LLCs (See Schedule L)

Check if:

▶ ☐ Merged  ▶ ☐ Reorganized  ▶ ☐ Final

County or counties in SC where property is located

Audit location: Street address

270 HARBISON BLVD

City                          State        ZIP
COLUMBIA                      SC          29212

Audit contact                 Phone number

SONYA M INGRAM              (803)429-6990

Does the corporation have any shareholders who are nonresidents
of South Carolina?  ☐ Yes    ☒ No

Number of nonresident shareholders

Number of nonresident shareholders with an I-309 affidavit

Number of nonresident shareholders included in a composite return

Attach complete copy of federal return

Total gross receipts
▶        708,826

Total cost of depreciable personal property in SC
▶        101,411

**PART I COMPUTATION OF INCOME TAX LIABILITY**

| | | |
|---|---|---|
| 1. Total of line 1 through 12, Schedule K of the federal 1120S . . . . . . . . . . . . . . . . ▶ | 1. | -405,059 00 |
| 2. Net adjustment from Schedule A and B, line 15 . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 2. | 00 |
| 3. Total net income as reconciled (add line 1 and line 2) . . . . . . . . . . . . . . . . . . . . . ▶ | 3. | -405,059 00 |
| 4. If multi-state corporation, enter amount from Schedule G, line 6; otherwise, enter amount from line 3. ▶ | 4. | -405,059 00 |
| 5. Active Trade or Business Income (from I-435, line 14) . . . . . . . . . . . . . . . . . . . . . . ▶ | 5. | 00 |
| 6. Active Trade or Business Tax (from I-435, line 17) . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 6. | 00 |
| 7. Income taxed to shareholders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 7. | -405,059 00 |
| 8. South Carolina net taxable income (subtract line 5 and line 7 from line 4) . . . . . . . ▶ | 8. | 0 00 |
| 9. Tax (multiply line 8 by 5%) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 9. | 0 00 |
| 10. Total Income Tax (add line 6 and line 9) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10. | 0 00 |
| 11. Nonrefundable credits (enter amount from SC1120TC) . . . . . . . . . . . . . . . . . . . . ▶ | 11. | 00 |
| 12. Balance of tax (subtract line 11 from line 10) . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 12. | 0 00 |
| 13. Payments: (a) Tax withheld (attach 1099s or I-290s, don't claim here if claimed on SC1120S-WH) ▶ | 13a. | 00 |
| (b) Paid by declaration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 13b. | 00 |
| (c) Paid with extension . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 13c. | 00 |
| (d) Credit from line 28b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 13d. | 00 |
| Refundable Credits: (e) Ammonia Additive . . . . . . . . . . . . . . . . . . . . . . ▶ | 13e. | 00 |
| (f) Milk Credit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 13f. | 00 |
| (g) Motor Fuel Income Tax Credit . . . . . . . . . . . . . . . . . ▶ | 13g. | 00 |
| 14. Total payments and refundable credits (add line 13a through 13g) . . . . . . . . . . . . . | 14. | 00 |
| 15. Balance of tax (subtract line 14 from line 12) . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 15. | 0 00 |
| 16. (a) Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16a. | 00 |
| (b) Late file/pay penalty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16b. | 00 |
| (c) Declaration penalty (attach SC2220) . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 16c. | 00 |
| Total (add line 16a through line 16c) See penalty and interest in SC1120 Instructions. . . . . . . . . | 16. | 00 |
| 17. Total Income Tax, interest, and penalty (add line 15 and line 16)      **BALANCE DUE** | 17. | 0 00 |
| 18. Overpayment (subtract line 12 from line 14) . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18. | 00 |
| To be applied as follows: (a) Estimated Tax . . . . . . . . . . . . . . . . . . . . . . ▶ | 18a. | 00 |
| (b) License Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 18b. | 00 |
| (c) REFUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 18c. | 00 |

**PART II COMPUTATION OF LICENSE FEE AND SCHEDULES A AND B PAGE 2**

30951073

REV 03/29/23 PRO

1030

SC1120S                                                                                    Page 2

**PART II — COMPUTATION OF LICENSE FEE**

| | | | |
|---|---|---|---|
| 19. Total capital and paid in surplus (multi-state corporations see Schedule E) | 19. | 242,375 | 00 |
| 20. License Fee: multiply line 19 by .001, then add $15 (**Fee cannot be less than $25**) | 20. | 257 | 00 |
| 21. Credits taken this year against License Fee from SC1120TC, Part II, Column C (attach SC1120TC) | 21. < | | 00 > |
| 22. Balance (subtract line 21 from line 20) | 22. | 257 | 00 |
| 23. Payments: (a) Paid with extension | 23a. | | 00 |
| (b) Credit from line 18b | 23b. | | 00 |
| 24. Total payments (add line 23a and line 23b) | 24. | | 00 |
| 25. Balance of License Fee (subtract line 24 from line 22) | 25. | 257 | 00 |
| 26. (a) Interest ___ 00   (b) Late file/pay penalty ___ 00 | | | |
| Total (add line 26a and line 26b) See penalty and interest in SC1120 Instructions | 26. | | 00 |
| 27. Total License Fee, interest, and penalty (add line 25 and line 26) **BALANCE DUE** | 27. | 257 | 00 |
| 28. Overpayment (subtract line 22 from line 24) ___ 00   To be applied as follows: | | | |
| (a) Estimated Tax ___ 00  (b) Income Tax ___ 00  (c) REFUND | | | 00 |
| 29. **GRAND TOTAL: INCOME TAX and LICENSE FEE DUE (add line 17 and line 27)** | 29. | 257 | 00 |

**REFUND OPTIONS** (select one; subject to program limitations)  ▶ ☐ Direct Deposit   ▶ ☐ Paper Check

If you select Direct Deposit, choose the account type (US accounts **only**)  ▶ ☐ Checking   ▶ ☐ Savings

Account information: Routing Number (RTN) ___   Must be 9 digits. First two numbers of the RTN must be 01 - 12 or 21 - 32   Bank Account Number (BAN) ___   1-17 digits

## SCHEDULE A AND B          ADDITIONS TO FEDERAL TAXABLE INCOME

1. Taxes on or measured by income ........................... 1. _____
2. Excess net passive income subject to federal tax ........... 2. _____
3. Taxable portion of certain built-in gains subject to federal tax ... 3. _____
4. _____ 4. _____
5. _____ 5. _____
6. Other additions (attach schedule) ....................... 6. _____
7. Total additions (add line 1 through line 6) ............... 7. _____

## DEDUCTIONS FROM FEDERAL TAXABLE INCOME

8. _____ 8. _____
9. _____ 9. _____
10. _____ 10. _____
11. _____ 11. _____
12. _____ 12. _____
13. Other deductions (attach schedule) .................... 13. _____
14. Total deductions (add line 8 through line 13) ........... 14. _____
15. Net adjustment (subtract line 14 from line 7) Also enter on SC1120S, Part I, line 2 ... 15. _____

## SCHEDULE C                          RESERVED

**Sign Here**

Under penalty of law, I certify that I have examined this return, including accompanying annual report, statements, and schedules, and it is true and complete to the best of my knowledge.

Signature of officer | **PRESIDENT** Officer's title | Email

**SONYA M INGRAM**
Print officer's name | Date | (803)429-6990 Phone number

I authorize the Director of the SCDOR or delegate to discuss this return, attachments, and related tax matters with the preparer.   Yes ☒  No ☐   Print preparer's name Rodney K. Dooley, Jr., CPA/PFS/CFF

**Paid Preparer's Use Only**

| Preparer's signature  Rodney K. Dooley, Jr., CPA/PFS/CFF | Date 03/31/2023 | Check if self-employed ☐ | Preparer's phone number (803)359-3800 |
| Firm's name (or yours if self-employed) and address  DOOLEY AND COMPANY, LLC  468 OLD CHEROKEE ROAD LEXINGTON   SC | | PTIN or FEIN 57-0757755 | ZIP 29072 |

If this is a corporation's final return, signing here authorizes the SCDOR to disclose that information to the South Carolina Secretary of State (SCSOS). You must close with the SCSOS and the SCDOR.

Taxpayer's signature | REV 03/29/23 PRO | Date

30952071

1030 

SC1120S                                                                                      Page 3
**SCHEDULE D          ANNUAL REPORT TO BE COMPLETED BY ALL CORPORATIONS**

1. Name  HANDPICKED, INC.
2. Incorporated under the laws of the state of  SOUTH CAROLINA
3. Location of the registered office of the corporation in South Carolina        270 HARBISON BLVD
   In the city of  COLUMBIA        Registered agent at this address        SONYA M INGRAM
4. Principal office address                270 HARBISON BLVD COLUMBIA SC 29212
   Nature of principal business in South Carolina RETAIL SALES
5. Total number of **authorized shares** of capital stock, itemized by class and series, if any, within each class:

| Number of shares | Class | Series |
|---|---|---|
| 100000 | COMMON | A |

6. Total number of **issued and outstanding shares** of capital stock itemized by class and series, if any, within each class:

| Number of shares | Class | Series |
|---|---|---|
| 100 | COMMON | A |

7. Names and business addresses of the directors (or individuals functioning as directors) and principal officers in the corporation.
   Attach separate schedules if you need more space.

| Name | Title | Business address |
|---|---|---|
| SONYA INGRAM | PRESIDENT | 450 GREENTREE LANE LEXINGTON SC 29072 |

8. Date incorporated  09/01/1989        Date commenced business in South Carolina        09/01/1989
9. Date of this report   12/31/2022        FEIN 57-0896848
10. If foreign corporation, the date qualified to do business in South Carolina
11. Was the name of the corporation changed during the year?   NO        Previous name
12. The corporation's books are in the care of    SONYA INGRAM
    Located at (street address)  270 HARBISON BLVD COLUMBIA SC 29212
13. The total amount of stated capital per balance sheet:
    A. Total paid in capital stock (cannot be a negative amount) . . . . . . . . . . . $              100
    B. Total paid in capital surplus (cannot be a negative amount) . . . . . . . . . $          242,275
    C. Total amount of stated capital (cannot be a negative amount). . . . . . . . $          242,375

### Attach a complete copy of your federal return.

**File electronically** using Modernized Electronic Filing (MeF). **It's the fastest and easiest way to complete your return!**

Getting a refund? **Choose Direct Deposit! It's fast, accurate, and secure!**

Have a balance due? **Pay electronically! It's quick and easy!** Use our free online tax portal, MyDORWAY, at **dor.sc.gov/pay**. Select **Business Income Tax Payment** to get started.

If you pay by check, make your check payable to SCDOR. Include your name, FEIN, tax year, and SC1120S in the memo.

| **Mail Balance Due returns to:** | **Mail Refund or Zero Tax returns to:** |
|---|---|
| SCDOR | SCDOR |
| Corporate Taxable | Corporate Refund |
| PO Box 100151 | PO Box 125 |
| Columbia, SC 29202 | Columbia, SC 29214-0032 |

REV 03/29/23 PRO

30953079

1030  

SC1120S                                                                                    Page 4

**Only multi-state corporations must complete Schedules E, F, G, AND H**

## SCHEDULE E            COMPUTATION OF LICENSE FEE OF MULTI-STATE CORPORATIONS

1. Total capital and paid in surplus at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
2. SC proportion (multiply line 1 by ratio from Schedule H-1, H-2 or H-3, as appropriate) Also enter on SC1120S, line 14    $ _____

## SCHEDULE F            INCOME SUBJECT TO DIRECT ALLOCATION

| Allocated Income | Gross Amounts 1 | Less: Related Expenses 2 | Net Amounts Allocated Directly to SC and Other States 3 | Net Amounts Allocated Directly to SC 4 |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| 1.  Total income directly allocated |  |  |  |  |
| 2.  Income directly allocated to SC |  |  |  |  |

Attach an explanation of each type of income listed above that is not allocated to South Carolina.

## SCHEDULE G            COMPUTATION OF TAXABLE INCOME OF MULTI-STATE CORPORATIONS

1. Total net income as reconciled from SC1120S, page 1, line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    1. _____
2. Income subject to direct allocation to SC and other states from Schedule F, line 1 . . . . .    2. _____
3. Total net income subject to apportionment (subtract line 2 from line 1) . . . . . . . . . . . . . . . . . . . . . . .    3. _____
4. Multiply line 3 by appropriate ratio from Schedule H-1, H-2, or H-3 . . . . . . . . . . . . . . . . . . . . . . . . .    4. _____
5. Income subject to direct allocation to SC from Schedule F, line 2 . . . . . . . . . . . . . . . . . . . . . . . . . . .    5. _____
6. Total SC net income (add line 4 and line 5). Also enter on SC1120S, page 1, line 4 . . . . . . . . . . . . . .    6. _____

## SCHEDULE H-1            COMPUTATION OF SALES RATIO

|  | Amount | Ratio |
|---|---|---|
| 1. Total sales within South Carolina (see SC1120 instructions) |  |  |
| 2. Total sales everywhere (see SC1120 instructions) |  |  |
| 3. Sales ratio (line 1 divided by line 2) |  | % |

Note: If there are no sales anywhere:  Enter 100% on line 3 if South Carolina is the principal place of business
                                        Enter 0% on line 3 if principal place of business is outside South Carolina.

## SCHEDULE H-2            COMPUTATION OF GROSS RECEIPTS RATIO

|  | Amount | Ratio |
|---|---|---|
| 1.  South Carolina gross receipts |  |  |
| 2.  Amounts allocated to South Carolina on Schedule F | <           > |  |
| 3.  South Carolina adjusted gross receipts (subtract line 2 from line 1) |  |  |
| 4.  Total gross receipts |  |  |
| 5.  Total amounts allocated on Schedule F | <           > |  |
| 6.  Total adjusted gross receipts (subtract line 5 from line 4) |  |  |
| 7.  Gross receipts ratio (line 3 divided by line 6) |  | % |

## SCHEDULE H-3            COMPUTATION OF RATIO FOR SECTION 12-6-2310 COMPANIES

|  | Amount | Ratio |
|---|---|---|
| 1. Total within South Carolina (see SC1120 instructions) |  |  |
| 2. Total everywhere |  |  |
| 3. Taxable ratio (line 1 divided by line 2) |  | % |

REV 03/29/23 PRO

30954077

1030   

**SCHEDULE SC-K WORKSHEET**

|  | A<br>Description | B<br>Amounts From Federal Schedule K | C<br>Plus or Minus South Carolina Adjustments | D<br>Federal Schedule K Amounts After SC Adjustments | E<br>Amounts Not Allocated or Apportioned to SC | F<br>Amounts Allocated or Apportioned to SC |
|---|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | −404,425 | | −404,425 | | −404,425 |
| 2 | Net rental real estate income (loss) | | | | | |
| 3 | Other net rental income (loss) | | | | | |
| 4 | Interest income | | | | | |
| 5 | Dividends | | | | | |
| 6 | Royalties | | | | | |
| 7 | Net short-term capital gain (loss) | | | | | |
| 8 | Net long-term capital gain (loss) | | | | | |
| 9 | Net section 1231 gain (loss) | −634 | | −634 | | −634 |
| 10 | Other income (loss) | | | | | |
| 11 | Section 179 deduction | | | | | |
| 12a | Contributions | | | | | |
| 12b | Investment interest expense | | | | | |
| 12c | Section 59(e)(2) expenditures | | | | | |
| 12d | Other deductions | | | | | |

**Nonrefundable Tax Credits:** Enter total credits from SC1120TC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
**You must attach your SC1120TC to this return.**

REV 03/29/23 PRO

30955074

1030 

SC1120S                                                                 Page 6

## SCHEDULE L          QSSSs AND DISREGARDED LLCs INCLUDED IN RETURN

List each **Qualified Subchapter S Subsidiary (QSSS)** doing business in South Carolina or registered with the SCSOS.

| Name | FEIN/SC File # |
|------|----------------|
|      |                |
|      |                |
|      |                |
|      |                |
|      |                |
|      |                |
|      |                |
|      |                |
|      |                |

List each disregarded **Limited Liability Company (LLC)** doing business in South Carolina or registered with the SCSOS.

| Name | FEIN/SC File # |
|------|----------------|
|      |                |
|      |                |
|      |                |
|      |                |
|      |                |
|      |                |
|      |                |
|      |                |
|      |                |

REV 03/29/23 PRO

30956072

1030 

SC1120S                                                                                    Page 7

**SCHEDULE N**                          **PROPERTY INFORMATION**

Property within South Carolina

|  | (a)  Beginning Period | (b)  Ending Period |
|---|---|---|
| 1. Land | | |
| 2. Buildings | | |
| 3. Machinery and equipment | | |
| 4. Construction in progress | | |
| 5. Other property* | | |
| Total | | |

*Provide an explanation or listing of property from line 5 above.

| Description of Property | (a)  Beginning Period | (b)  Ending Period |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

REV 03/29/23 PRO

30957070

1030

STATE OF SOUTH CAROLINA
DEPARTMENT OF REVENUE
**SHAREHOLDER'S SHARE OF SOUTH CAROLINA
INCOME, DEDUCTIONS, CREDITS, ETC.**

**SC1120S
K-1**
(Rev. 9/29/21)
3517

dor.sc.gov

For calendar year ___2022___ or tax year beginning _____ and ending _____

| Shareholder's identifying number [XXX]2348 | S Corporation's FEIN 57-0896848 |
|---|---|
| Shareholder's name, address, and ZIP<br>SONYA M. INGRAM<br>113 DANDELION COURT  LEXINGTON, SC 29072 | S Corporation's name, address, and ZIP<br>HANDPICKED, INC.<br>270 HARBISON BLVD COLUMBIA, SC 29212 |

[X] S Corporation - Check for Active Trade or Business election

Shareholder's percentage of stock ownership for tax year.................................................................... 100.00000 %

Check if applicable:   (1) ☐ Final K-1   (2) ☐ Amended K-1   (3) ☐ Nonresident

Check if the shareholder is exempt from nonresident withholding because the:

☐ shareholder filed an I-309 affidavit with the S Corporation     ☐ shareholder is included in a composite return

| | Shareholder's Pro Rata Share of Current Year Income, Deductions, Credits, etc. | | A<br>Federal<br>K-1<br>Amounts | | B<br>Plus or<br>Minus<br>SC Adjustments | | C<br>Amounts Not<br>Allocated or<br>Apportioned to SC | | D<br>Amounts<br>Allocated or<br>Apportioned to SC |
|---|---|---|---|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss)....... | 1 | −404,425 | 1 | | 1 | | 1 | −404,425 |
| | 2 | Net rental real estate income (loss)... | 2 | | 2 | | 2 | | 2 | |
| | 3 | Other net rental income (loss)........... | 3 | | 3 | | 3 | | 3 | |
| | 4 | Interest income................................. | 4 | | 4 | | 4 | | 4 | |
| | 5 | Dividends........................................ | 5 | | 5 | | 5 | | 5 | |
| | 6 | Royalties......................................... | 6 | | 6 | | 6 | | 6 | |
| | 7 | Net short-term capital gain (loss)....... | 7 | | 7 | | 7 | | 7 | |
| | 8 | Net long-term capital gain (loss)....... | 8 | | 8 | | 8 | | 8 | |
| | 9 | Net Section 1231 gain (loss)............. | 9 | −634 | 9 | | 9 | | 9 | −634 |
| | 10 | Other income (loss)........................... | 10 | | 10 | | 10 | | 10 | |
| Deductions | 11 | Section 179 deduction...................... | 11 | | 11 | | 11 | | 11 | |
| | 12 | Other deductions _____ | 12 | | 12 | | 12 | | 12 | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 13 | Active trade or business income taxed by the S Corporation ................................................................. | 13 | 0 |
| 14 | Net taxable income (add line 1 through line 10, then subtract line 11, line 12, and line 13) ..................... | 14 | −405,059 |
| 15 | Withholding Tax for nonresident shareholder (see SC1120S K-1 instructions) ...................................... | 15 | |

| | List applicable South Carolina tax credits. (Attach an additional sheet if needed.) | | |
|---|---|---|---|
| Credits | 16 | _____ | 16 | |
| | 17 | _____ | 17 | |
| | 18 | Total South Carolina tax credits ................................................................................ | 18 | |

35171016

REV 03/29/23 PRO

1030



**STATE OF SOUTH CAROLINA**
**DEPARTMENT OF REVENUE**
**ACTIVE TRADE OR BUSINESS INCOME FOR**
**ELECTING PARTNERSHIPS AND S CORPORATIONS**
Complete one I-435 for each return
Attach the I-435 to your SC1065 or SC1120S

**I-435**
(Rev 5/4/22)
3402

**2022**

dor.sc.gov

| For the year January 1 - December 31, 2022, or fiscal tax year beginning | 2022 and ending | 2023 |

| Name of Partnership or S Corporation | FEIN |
|---|---|
| HANDPICKED, INC. | 570896848 |

Partnerships, S Corporations, and LLCs taxed as a Partnership or S Corporation must complete this form to use the flat rate on active trade or business income.

| Distributive share items: | Column A Federal Schedule K amounts | Column B Schedule SC-K amounts | Column C SC active trade or business amounts | |
|---|---|---|---|---|
| 1. Ordinary business income (loss) | –404,425 | –404,425 | 1. | –404,425 |
| 2. Net rental real estate income (loss) | | | 2. | |
| 3. Other net rental income (loss) | | | 3. | |
| 4. Guaranteed payments* | | | 4. | |
| 5. Interest income | | | 5. | |
| 6. Ordinary/qualified dividends | | | | |
| 7. Royalties | | | 7. | |
| 8. Net short-term capital gain (loss) | | | | |
| 9. Net long-term capital gain (loss) | | | | |
| 10. Net section 1231 gain (loss) | –634 | –634 | 10. | –634 |
| 11. Other income (loss) | | | 11. | |
| 12. Section 179 deduction | | | 12 | |
| 13. Other deductions | | | 13. | |
| 14. Total active trade or business income (add amounts in Column C). Enter here and on your SC1065, line 2 or on your SC1120S, line 5. | | | 14. | 0 |
| 15. Total active trade or business income taxed by another partnership or S Corporation (from SC K-1s received) | | | 15. | |
| 16. Taxable active trade or business income (subtract line 15 from line 14) | | | 16. | 0 |
| 17. Active Trade or Business Income Tax (multiply line 16 by 3%). Enter here and on your SC1065, line 3 or on your SC1120S, line 6. | | | 17. | 0 |

The I-435 combines elements of Schedule Ks for the 1065 and the 1120-S.

* Items on the 1065, Schedule K but not on the 1120-S, Schedule K.

34021220                    REV 03/29/23 PRO

**Fill in this information to identify the case:**

Debtor name ___HandPicked, Inc._____

United States Bankruptcy Court for the: ___District of South Carolina___
                                                                    (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

**Part 1:**   **Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ........................................................    $ _____168,447.00_____

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ......................................................    $ _____442,812.91_____

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ........................................................    $ _____611,259.91_____

---

**Part 2:**   **Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................    $ _____2,702,076.41_____

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................    $ _____0.00_____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...........................    +$ _____745,046.00_____

4. **Total liabilities**................................................................................................................................    $ _____3,447,122.41_____
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name ___HandPicked, Inc._____

United States Bankruptcy Court for the: ___District of South Carolina_____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Melanie Mauldin 432 Myrtle Avenue Pawleys Island, SC, 29585 | | Unsecured Debt - Promissory Note for Purchase of HP | | | | 700,000.00 |
| 2 | Bank of America Business CC PO Box 660442 Dallas, TX, 75266 | | Credit Card Debt | | | | 45,046.00 |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor   HandPicked, Inc.
_____
Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name    HandPicked, Inc.

United States Bankruptcy Court for the:    District of South Carolina

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Security Federal | Checking | 4  3  7  2 | $ 15,295.81 |
| 3.2. | Wells Fargo (SLK) | Savings | 0  5  8  8 | $ 1,000.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**    $ 16,295.81

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

Debtor     HandPicked, Inc.
           _____          Case number (if known)_____
           Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____          $_____

   8.2._____          $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.          $_____

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

                                                            **Current value of debtor's interest**

11. **Accounts receivable**

   11a. 90 days old or less:   _____ – _____ = ........➔     $_____
                              face amount              doubtful or uncollectible accounts

   11b. Over 90 days old:      _____ – _____ = ........➔     $_____
                              face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $_____

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

                                                            **Valuation method used for current value**     **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1. _____          _____          $_____

   14.2. _____          _____          $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                   % of ownership:

   15.1._____          _____%          _____          $_____

   15.2._____          _____%          _____          $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1._____          _____          $_____

   16.2._____          _____          $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.          $_____

Debtor  HandPicked, Inc.
_____
Name                                                    Case number (if known)_____

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** See Inventory Report attached as SOFA Exhibit A-27 | 06/29/2023 MM / DD / YYYY | 45,638.89 $_____ | Meltdown Value/Resale | 13,787.10 _____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$  13,787.10

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor    HandPicked, Inc.
_____    Case number (if known) _____
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.    $ _____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____   Valuation method _____   Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture**<br>Office:  Two desks, tables, shelving, chairs, etc. | $ 1,500.00 | Debtor Estimate | $ 400.00 |
| 40. **Office fixtures**<br>See Schedule A/B Part 7, Question 40 Attachment | $ 16,500.00 | Resell Market | $ 6,600.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>See Schedule A/B Part 7, Question 41 Attachment | $ 12,800.00 | Resell Market | $ 1,480.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | · $ _____ | |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.    $ 8,480.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    HandPicked, Inc.
_____    Case number (if known)_____
Name

---

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2013 Honda Odyssey - Estimated Mileage - 143,920 mi. | $ 14,500.00 | Carmax History repor | $ 7,000.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See Schedule A/B Part 8, Question 50 Attachment | $ 59,996.00 | market | $ 15,250.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.    $ 22,250.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    HandPicked, Inc.
_____
Name

Case number (if known) _____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 270 Harbison Blvd<br>Columbia, SC 29212 | Lease | $ 182,383.00 | | $ 168,447.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 168,447.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites**<br>behandpicked.com, handpicked.net - customer base | $ 12.00 | | $ 2,000.00 |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill**<br>See Schedule A/B Part 10, Question 65 Attachment | $ 2,480,000.00 | Sale | $ 380,000.00 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 382,000.00

Debtor  HandPicked, Inc.
_____
Name

Case number *(if known)*_____

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ = ➜  $_____
                            Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Unused operating losses from past years that have carried forward

Tax year _various_  $ Unknown
Tax year _____  $_____
Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____

Nature of claim  _____  $_____

Amount requested  $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____

Nature of claim  _____

Amount requested  $_____

76. **Trusts, equitable or future interests in property**

_____  $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  $_____
_____  $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

Debtor    HandPicked, Inc.
     Name                                                                          Case number *(if known)*_____

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 16,295.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 13,787.10 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 8,480.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 22,250.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................➔ | | $ 168,447.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 382,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 442,812.91 | + 91b. $ 168,447.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................    611,259.91  $ 611,259.91

**Schedule A/B Part 5, Question 21**

Description:  Physical Inventory Cost on hand 6/29/2023 report provided

Valuation Method:  Meltdown Value of Silver and Resale of Fashion Goods

See Inventory Report attached as SOFA Exhibit-27

**Schedule A/B Part 7, Question 40**
Lexington Store Fixtures: - floor free standing wooden/metal/glass bookshelves, tables, shelving units, cabinets and display cabinets (15 pieces @ average of $500 each $7500 new and resell for $3000)

Irmo Store Fixtures: Free Standing wooden/metal/glass cases, bookshelves, tables, shelving units (18 @average of $500 each $9000 new and resell for $3600)

**Schedule A/B Part 7, Question 41**
Dell Desktop Computers and monitors at stores, office (9 computers age 2015 to 2017) Book $9k - Resell Value $1k

Zebra Tag Printer, Shipping Label Printer - Book $1500 Resell $100

Clover Payment Processor card readers Machines $100 new, $20 used (2 in operation at stores, 13 in storage) $300

Desktop Printers (2 HP) - Book $200 Resell $20

Cash Drawers $200 each X3 = $600 for resell $60

**Schedule A/B Part 8, Question 50**
Engraving Machines - 3 Gravograph ISS400 very old machines that pre-date 2004.  (two in operation and 1 in storage)   Purchased New $12,000 - Current Value based on demand of these $1250  = $3250

2010 Embroidery Machines Babylock six-needle machines (4) - 2 in store and 2 in storage)  Price New Today is $11,999 each, Value to resell based on demand  $12,000

**Schedule A/B Part 10, Question 65**
Goodwill at Sale in 2014 $3.4M, Business volume at the time of SALE/Transfer with 13 stores, Business reputation, name (34 years in business), trade secrets, customer base, vendor connections, business processes, etc

**Fill in this information to identify the case:**

Debtor name _____ HandPicked, Inc. _____

United States Bankruptcy Court for the: __District of South Carolina__

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**
Business Development Corporation

**Creditor's mailing address**
111 Executive Center Drive
Enoree Bldg., Ste. 225, Columbia, SC 2921

**Creditor's email address, if known**

**Date debt was incurred** 10/13/1014

**Last 4 digits of account number** 5014

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**
2013 Honda Odyssey - Estimated Mileage - 143,920 mi., See Schedule A/B Part 8, Question 50 Attachment, See Schedule A/B Part 7, Question 40 Attachment, See Schedule A/B Part 10, Question 65 Attachment, behandpicked.com,

**Describe the lien**
UCC, 1st Lien on all - 2nd on inventory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,642,248.41    $ 597,472.81

**2.2**

**Creditor's name**
CCA Financial

**Creditor's mailing address**
7275 Glen Forest Drive
Richmond, VA 23226

**Creditor's email address, if known**

**Date debt was incurred** 10/13/2014
**Last 4 digits of account number** 6167

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
See Inventory Report attached as SOFA Exhibit A-27

**Describe the lien**
UCC, Loan formerly with Wells Fargo.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$435,278.00    $13,787.10

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 2,702,076.41

| Debtor | HandPicked, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 1:    Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
U.S. Small Business Administration

**Creditor's mailing address**

Disaster Relief Processing Center
14925 Kingsport Road, Fort Worth, TX 761

**Creditor's email address, if known**

**Date debt was incurred**    05/19/2020
**Last 4 digits of account number**    7405

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
EIDL Covid Loan, Debtor assets inventory, fixtures and personal guaranty

$400,000.00        $0.00

**Describe the lien**
Covid Disaster Relief Loan,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**
US Small Business Administration

**Creditor's mailing address**

Disaster Relief Processing Center
14925 Kingsport Road, Fort Worth, TX 761

**Creditor's email address, if known**

**Date debt was incurred**    05/01/2019
**Last 4 digits of account number**    7002

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Furniture, fixtures, inventory after BDC loan

$224,550.00        $0.00

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | HandPicked, Inc. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Business Development Corp. of SC<br>PO Box 21823<br>Columbia, SC, 29221 | Line 2. _1_ | _____ |
| Callison Tighe & Robinson, LLC<br>PO Box 1390<br>Columbia, SC, 29221 | Line 2. _1_ | _____ |
| Wells Fargo Bank, N.A.<br>PO Box 2705<br>CLS  Collateral Serv. Dept<br>Winston Salem, NC, 27199 | Line 2. _2_ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | HandPicked, Inc. |
| United States Bankruptcy Court for the: | District of South Carolina |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
Danielle Anastacia Johnson
550 Newton Road
Irmo, SC, 29063

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

**As of the petition filing date, the claim is:** $ 0.00      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.2** **Priority creditor's name and mailing address**
Janette Liverman Shealy
236 McGregor Circle
Lexington, SC, 29072

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

**As of the petition filing date, the claim is:** $ 0.00      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.3** **Priority creditor's name and mailing address**
Janice Buff
111 Gowan Hill Drive
Lexington, SC, 29072

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

**As of the petition filing date, the claim is:** $ 0.00      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    HandPicked, Inc.                                    Case number (if known)
          Name

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.4** **Priority creditor's name and mailing address**
Karen Hiter
407 Creek Branch Ct
Lexington, SC, 29072

$ 0.00          $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5** **Priority creditor's name and mailing address**
KeAnjane Govan
3406 Fernancina Road
Apt 311
Columbia, SC, 29210

$ 0.00          $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6** **Priority creditor's name and mailing address**
Landon Ingram
113 Dandelion Court
Lexington, SC, 29072

$ 0.00          $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.7** **Priority creditor's name and mailing address**
Laura Christine Collins
711 Haverhill Court
West Columbia, SC, 29169

$ 0.00          $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    HandPicked, Inc.    Case number *(if known)*
         Name

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.8** **Priority creditor's name and mailing address**

Lauren Stiltner
117 Long Vista Court
Lexington, SC, 29073

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.9** **Priority creditor's name and mailing address**

Pat H. Dunlap
123 Whitton Court
Lexington, SC, 29073

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.10** **Priority creditor's name and mailing address**

Sonya Ingram
113 Dandelion Court
Lexington, SC, 29072

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.11** **Priority creditor's name and mailing address**

Tracy Hawks
108 Kemsing Road
Columbia, SC, 29212

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor | HandPicked, Inc. | Case number (if known) |
|--------|------------------|------------------------|
|        | Name             |                        |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|--|--|-----------------|

**3.1**
Nonpriority creditor's name and mailing address
Arboretum Retail, LLC
PO Box 604077
Charlotte, NC, 28260

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: NOTICE PURPOSES ONLY

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.2**
Nonpriority creditor's name and mailing address
Augusta Mall, LLC
PO BOX 86
SDS-12-2765
Minneapolis, MN, 55486

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: NOTICE PURPOSES ONLY

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.3**
Nonpriority creditor's name and mailing address
Bank of America Business CC
PO Box 660442

Dallas, TX, 75266

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45,046.00

Basis for the claim: Credit Card Debt

Date or dates debt was incurred 10/13/2014
Last 4 digits of account number 4894

Is the claim subject to offset?
☒ No
☐ Yes

**3.4**
Nonpriority creditor's name and mailing address
BEI Beach LLC
4017 Deville Street
Myrtle Beach, SC, 29577

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: NOTICE PURPOSES ONLY

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.5**
Nonpriority creditor's name and mailing address
Belle Hall Shopping Center III, LLC
5950 Fairview Rd., Ste 800
Charlotte, NC, 28210

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: NOTICE PURPOSES ONLY

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.6**
Nonpriority creditor's name and mailing address
CBL-Shops at Friendly Ctr LLC
CBL Center
2030 Hamilton Place Blvd
Chattanooga, TN, 37421

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: NOTICE PURPOSES ONLY

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    HandPicked, Inc.
Name

Case number *(if known)*

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.7** Nonpriority creditor's name and mailing address

Equity Management Group, Inc.
840 East High Street
Lexington, KY, 40502

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** NOTICE PURPOSES ONLY

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Greenridge Shops, Inc.
PO Box 74008261
Chicago, IL, 60674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** NOTICE PURPOSES ONLY

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Hawthorne Northcross, LLC
c/o Hawthorne Retail Ptrs Inc
PO Box 30174
Charlotte, NC, 28230

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** NOTICE PURPOSES ONLY

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Hines Global Reit
PO Box 742644
Atlanta, GA, 30374

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** NOTICE PURPOSES ONLY

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Melanie Mauldin
432 Myrtle Avenue

Pawleys Island, SC, 29585

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Debt - Promissory Note for Purchase of HP

$ 700,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____HandPicked, Inc._____    Case number *(if known)*_____
             Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.12** **Nonpriority creditor's name and mailing address**

Oberlin Village, LLC
2501 Blue Ridge Road, Ste 280
Raleigh, NC, 27607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Erroneously UCC on file for old landlord (lapses 9/6/2023).

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.13** **Nonpriority creditor's name and mailing address**

SCT Washington Crossing, LLC
c/o Foundry Commercial, LLC
PO Box 6230
Orlando, FL, 32802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** NOTICE PURPOSES ONLY

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.14** **Nonpriority creditor's name and mailing address**

Southeast Management Group
PO Box 6165
Greenville, SC, 29606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** NOTICE PURPOSES ONLY

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.15** **Nonpriority creditor's name and mailing address**

Thruway Shopping Center, LLC
PO Box 64288
Baltimore, MD, 21264-4288

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** NOTICE PURPOSES ONLY

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.16** **Nonpriority creditor's name and mailing address**

Time Clock Wizard
228 Park Ave S., #20163

New York, NY, 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    HandPicked, Inc.                                              Case number (if known)
          Name

| | Part 2: | Additional Page | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 17   **Nonpriority creditor's name and mailing address**

VAS Town Center I, LLC
c/o CNL Commercial RE, Inc.
121 West Trade St., 25th FL
Charlotte, NC, 28202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** NOTICE PURPOSES ONLY

$ 0.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   CSMC 2006-5 Ret

**3.____**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**3.____**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**3.____**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**3.____**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Debtor HandPicked, Inc _____    Case number _(if known)_____
　　　　Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Business Card<br>PO Box 15796<br>Wilmington, DE, 19886 | Line 3.3<br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor _____    Case number _(if known)_____
            Hand Picked, Inc.
            Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 745,046.00 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 745,046.00 |

**Fill in this information to identify the case:**

Debtor name _HandPicked, Inc._

United States Bankruptcy Court for the: _District of South Carolina_

Case number (If known): _____    Chapter _11_

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Konica Minolta BH C4050I Copier Lessee | Pollack Company 1711 Central Avenue Augusta, GA, 30904 |
| | **State the term remaining** | 54 months | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | 2185 Sunset Blvd Retail Space Lexington, SC Lessee | Rivercrest Realty Director of Asset Mgmt/Acqs 8816 Six Forks Rd., Ste 201 Raleigh, NC, 27615 |
| | **State the term remaining** | Month to Month | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | 5 Year Lease for Irmo Store Retail Space Lessee | Big V Properties LLC 176 N Main Street Suite 210 Florida, NY, 10921 |
| | **State the term remaining** | 60 months | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name _HandPicked, Inc._ |
| United States Bankruptcy Court for the: _District of South Carolina_ |
| Case number (If known): _____ |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Sonya Ingram | 113 Dandelion Court<br>Lexington, SC 29072 | Bank of America Business | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 <br><br>Sonya Ingram | 113 Dandelion Court<br>Lexington, SC 29072 | Melanie Mauldin | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 <br><br>Sonya Ingram | 113 Dandelion Court<br>Lexington, SC 29072 | Business Development Co | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 <br><br>Sonya Ingram | 113 Dandelion Court<br>Lexington, SC 29072 | CCA Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 <br><br>Sonya Ingram | 113 Dandelion Court<br>Lexington, SC 29072 | U.S. Small Business Adm | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 <br><br>Sonya Ingram | 113 Dandelion Court<br>Lexington, SC 29072 | US Small Business Admir | ☑ D<br>☐ E/F<br>☐ G |

Debtor      HandPicked, Inc.
_____
            Name

Case number (if known)_____

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.<u>7</u>  Kevin D. Ingram | 113 Dandelion Court<br>Lexington, SC 29072 | Business Development Corporation | ☑ D<br>❏ E/F<br>❏ G |
| 2.___ | | | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ | | | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ | | | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ | | | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ | | | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ | | | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ | | | ❏ D<br>❏ E/F<br>❏ G |

**Fill in this information to identify the case:**

Debtor name _HandPicked, Inc._

United States Bankruptcy Court for the: _District of South Carolina_

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 265,776.56 |
   | **For prior year:** From 01/02/2022 to 12/31/2022<br>MM / DD / YYYY      MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 695,297.00 |
   | **For the year before that:** From 01/03/2021 to 01/01/2022<br>MM / DD / YYYY      MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 969,690.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date<br>MM / DD / YYYY | | $ 0.00 |
   | **For prior year:** From 01/02/2022 to 12/31/2022<br>MM / DD / YYYY      MM / DD / YYYY | PPP Loan Forgiveness | 186,574.00 |
   | **For the year before that:** From 01/03/2021 to 01/01/2022<br>MM / DD / YYYY      MM / DD / YYYY | Wells Fargo Debt Forgiveness | 209,863.00 |

| Debtor | HandPicked, Inc. | Case number (if known) |
|--------|------------------|------------------------|
| | Name | |

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |

| Debtor | HandPicked, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name | | _____ | $ _____ |
| 5.2. _____ <br> Creditor's name | | _____ | $ _____ |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's name | | _____ | $ _____ |
| | Last 4 digits of account number: XXXX– _____ | | |

## Part 3:  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Oberlin Village LLC vs. HandPicked, Inc. | Money Owed | Wake County Superior Court | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| **Case number** <br> 19-CVS-014420-910 | | 316 Fayette Ville St., Ste 2050 <br> Raleigh, NC 27601 | |
| **Case title** <br> 7.2. | | **Court or agency's name and address** | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** | | | |

| Debtor | HandPicked, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** _____ | | | |
| 9.2. | _____ Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** _____ | | | |

---

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

| Debtor | HandPicked, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Penn Law Firm, LLC | | 05/26/2023 | $ 15,000.00 |
| | **Address** | | | |
| | 1517 Laurel Street | | | |
| | Columbia, SC 29201 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Sonya Ingram | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |
| | | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    HandPicked, Inc.
_____    Case number (if known)_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | 441 Industrial Drive
Lexington , SC 29072 | From  06/01/2018 | To  02/20/2023 |
| 14.2. | | From  _____ | To  _____ |

Debtor   HandPicked, Inc.
_____   Case number (if known)_____
Name

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | *Check all that apply:* ☐ Electronically ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | *Check all that apply:* ☐ Electronically ☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

Debtor ___HandPicked, Inc._____    Case number *(if known)*_____
           Name

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Extra Space Storage, Unit 332 <br> Name <br> 890 St Peters Rd <br> Lexington, SC 29072 <br><br> Address | Sonya Ingram | Packaging, Store forms, Monogram machines, Embroidery machines, tables, file cabinets, misc. household goods, Christmas decor, files, paperwork, shipping materials | ☐ No <br> ☑ Yes |

Debtor ___HandPicked, Inc._____    Case number *(if known)*_____
          Name

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| HandPicked, Inc.<br>Name<br>270 Harbison Boulevard<br>Columbia, SC 29212 | 2045 Highway 378<br>Lexington, SC 29072 | Held for Scott Goff, former employee.<br>2016 Dodge Ram Truck | $ 5,000.00 |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

Debtor   HandPicked, Inc.                                              Case number (if known)_____
_____
         Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ <br> **Dates business existed** <br> From _____   To _____ |
| 25.2. | _____ Name | | EIN: _____ <br> **Dates business existed** <br> From _____   To _____ |
| 25.3. | _____ Name | | EIN: _____ <br> **Dates business existed** <br> From _____   To _____ |

Debtor    HandPicked, Inc._____    Case number *(if known)*_____
      <u>Name</u>

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  Cathy Whetstone<br><u>Name</u><br>111 Hounds Run Drive, Lexington, SC  29072 | From 01/01/2018<br>To 03/01/2023 |

| Name and address | Dates of service |
|---|---|
| 26a.2.  Tracy Hawks<br><u>Name</u><br>108 Kemsing Road, Columbia, SC  29212 | From 01/01/2010<br>To 06/30/2023 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  Dooley & Company, CPAs<br><u>Name</u><br>468 Old Cherokee Road, Lexington, SC  29072 | From 01/01/2020<br>To 06/30/2023 |

| Name and address | Dates of service |
|---|---|
| 26b.2.  <br><u>Name</u> | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  <br><u>Name</u> | |

Debtor   HandPicked, Inc.
_____   Case number *(if known)*_____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   Business Development Corporation<br>Name<br>111 Executive Center Drive, Enoree Bldg., Ste. 225, Columbia, SC |

| Name and address |
|---|
| 26d.2.   US Small Business Administration<br>Name<br>2 North Street, Ste. 320, Birmingham, AL  35203 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Sonya Ingram | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.   Sonya Ingram c/o HandPicked, LLC<br>Name<br>270 Harbison Boulevard<br>Columbia, SC 29212 |

Debtor    HandPicked, Inc.
_____    Case number (if known)_____
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.2.    _____
         Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sonya M. Ingram | 113 Dandelion Court, Lexington, SC 29072 | Owner | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Sonya Ingram | 110,300.01 | _____ | Bi-Weekly  Salary 6/30/2022-6/30/2023 |
| Name | | _____ | |
| 113 Dandelion Court Lexington, SC 29072 | | _____ | |
| | | _____ | |

| Relationship to debtor | | | |
|---|---|---|---|
| Owner | | _____ | |

Debtor    HandPicked, Inc.
_____    Case number *(if known)*_____
Name

|  | Name and address of recipient | | _____ | _____ |
|---|---|---|---|---|
| 30.2 | _____ Name | | | _____ |
|  |  | | | _____ |
|  |  | | | _____ |
|  | Relationship to debtor | | | _____ |
|  | _____ | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

**Part 14:**    **Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/30/2023
            _____
            MM / DD / YYYY

✖ /s/ Sonya M. Ingram                                    Printed name  Sonya M. Ingram
_____                          _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Owner
                                   _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name     HandPicked, Inc.

Case number *(if known)*_____

### **Continuation Sheet for Official Form 207**

**26d) Creditors**

**CCA Financial**                            **7275 Glen Forest Drive, Richmond, VA 23226**

**Big V Properties, LLC**                    **176 N. Main Street, Ste. 210, Florida, NY  10921**

**YE2022 December Inventory Report**

Locations: Location is ("04 Irmo" or "99 Web" or "01 Warehouse" or "12 Lexington")
Items: All
Customers: All
Generated: Thursday, June 29, 2023 5:15 PM
Sort: Location:
Name (asc)

| Location: Name | Beginning Inventory: Cost On Hand | Beginning Inventory: Price Owned | Purchasing: Gross Received Cost | Transfer Shipped: Net Cost | Transfer Received: Net Cost | Ending Inventory: Cost On Hand | Ending Inventory: Price Owned | Inventory Adjustments: Net Adjusted Cost | Inventory Adjustment: Net Adjusted Price | Source Sales: Net Item Sold Cost | Source Sales: Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1/1/2023 - 6/29/2023 | | | | | | |
| 01 Warehouse | $-10.25 | $-92.00 | $0.00 | $0.00 | $0.00 | $-10.25 | $-92.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04 Irmo | $14,571.25 | $63,101.40 | $0.00 | $2,368.00 | $37,577.91 | $12,380.01 | $53,635.32 | $443.83 | $300.59 | $37,612.89 | $120,482.29 |
| 12 Lexington | $27,778.43 | $110,808.63 | $0.00 | $2,880.04 | $33,089.56 | $20,145.62 | $89,194.47 | $296.80 | $2,201.14 | $37,908.62 | $125,332.02 |
| 99 Web | $31,695.69 | $154,698.36 | $66,976.38 | $68,135.05 | $2,610.79 | $13,123.52 | $80,161.00 | $-19,559.80 | $-90,895.88 | $0.00 | $0.00 |
| **Grand total:** | **$74,035.12** | **$328,516.39** | **$66,976.38** | **$73,383.09** | **$73,278.26** | **$45,638.89** | **$222,898.79** | **$-18,819.17** | **$-88,394.15** | **$75,521.51** | **$245,814.31** |

Fill in this information to identify the case and this filing:

Debtor Name ___HandPicked, Inc._____

United States Bankruptcy Court for the: ___District of South Carolina___

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/30/2023___
MM / DD / YYYY

✘ /s/ Sonya M. Ingram
_____
Signature of individual signing on behalf of debtor

Sonya M. Ingram
_____
Printed name

Owner
_____
Position or relationship to debtor

United States Bankruptcy Court

District of South Carolina

In re:  HandPicked, Inc.

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date:  _____06/30/2023_____

/s/ Sonya M. Ingram
_____
Signature of Individual signing on behalf of debtor

Owner
_____
Position or relationship to debtor

Arboretum Retail, LLC
PO Box 604077
Charlotte, NC 28260

Augusta Mall, LLC
PO BOX 86
SDS-12-2765
Minneapolis, MN 55486

Bank of America Business CC
PO Box 660442
Dallas, TX 75266

BEI Beach LLC
4017 Deville Street
Myrtle Beach, SC 29577

Belle Hall Shopping Center III, LLC
5950 Fairview Rd., Ste 800
Charlotte, NC 28210

Big V Properties LLC
176 N Main Street
Suite 210
Florida, NY 10921

Business Card
PO Box 15796
Wilmington, DE 19886

Business Development Corp. of SC
PO Box 21823
Columbia, SC 29221

Business Development Corporation
111 Executive Center Drive
Enoree Bldg., Ste. 225
Columbia, SC 29210

Callison Tighe & Robinson, LLC
PO Box 1390
Columbia, SC 29221

CBL-Shops at Friendly Ctr LLC
CBL Center
2030 Hamilton Place Blvd
Chattanooga, TN 37421

CCA Financial
7275 Glen Forest Drive
Richmond, VA 23226

Danielle Anastacia Johnson
550 Newton Road
Irmo, SC 29063

Equity Management Group, Inc.
840 East High Street
Lexington, KY 40502

Greenridge Shops, Inc.
PO Box 74008261
Chicago, IL 60674

Hawthorne Northcross, LLC
c/o Hawthorne Retail Ptrs Inc
PO Box 30174
Charlotte, NC 28230

Hines Global Reit
PO Box 742644
Atlanta, GA 30374

Janette Liverman Shealy
236 McGregor Circle
Lexington, SC 29072

Janice Buff
111 Gowan Hill Drive
Lexington, SC 29072

Karen Hiter
407 Creek Branch Ct
Lexington, SC 29072

KeAnjane Govan
3406 Fernancina Road
Apt 311
Columbia, SC 29210

Kevin D. Ingram
113 Dandelion Court
Lexington, SC 29072

Landon Ingram
113 Dandelion Court
Lexington, SC 29072

Laura Christine Collins
711 Haverhill Court
West Columbia, SC 29169

Lauren Stiltner
117 Long Vista Court
Lexington, SC 29073

Melanie Mauldin
432 Myrtle Avenue
Pawleys Island, SC 29585

Oberlin Village, LLC
2501 Blue Ridge Road, Ste 280
Raleigh, NC 27607

Pat H. Dunlap
123 Whitton Court
Lexington, SC 29073

Pollack Company
1711 Central Avenue
Augusta, GA 30904

Rivercrest Realty
Director of Asset Mgmt/Acqs
8816 Six Forks Rd., Ste 201
Raleigh, NC 27615

SCT Washington Crossing, LLC
c/o Foundry Commercial, LLC
PO Box 6230
Orlando, FL 32802

Sonya Ingram
113 Dandelion Court
Lexington, SC 29072

Southeast Management Group
PO Box 6165
Greenville, SC 29606

Thruway Shopping Center, LLC
PO Box 64288
Baltimore, MD 21264-4288

Time Clock Wizard
228 Park Ave S., #20163
New York, NY 10003

Tracy Hawks
108 Kemsing Road
Columbia, SC 29212

U.S. Securities and Exchange Comm
Office of Reorganization
950 East Paces Ferry Rd., N.E. Ste 900
Atlanta, GA 30326

U.S. Small Business Administration
Disaster Relief Processing Center
14925 Kingsport Road
Fort Worth, TX 76155

US Small Business Administration
Disaster Relief Processing Center
14925 Kingsport Road
Fort Worth, TX 76155

VAS Town Center I, LLC
c/o CNL Commercial RE, Inc.
121 West Trade St., 25th FL
Charlotte, NC 28202

Wells Fargo Bank, N.A.
PO Box 2705
CLS  Collateral Serv. Dept
Winston Salem, NC 27199

**United States Bankruptcy Court**

South Carolina

In re: HandPicked, Inc.

Case No.

Chapter  11

Debtor(s)

# BUSINESS INCOME AND EXPENSES

**Gross Monthly Income**                           $ 54,082.00

**Business Expenses**

| | |
|---|---|
| Cost of goods sold | 14,911.00 |
| Advertising | 200.00 |
| Car and truck expenses | 178.00 |
| Fees | 310.00 |
| Depreciation | |
| Employee benefits | 485.00 |
| Insurance | 2,766.00 |
| Interest | 4,942.00 |
| Legal and professional | 370.00 |
| Office expense | |
| Pension and profit sharing | |
| Rent | 7,368.00 |
| Other leases | 201.00 |
| Repairs | 328.00 |
| Maintenance | |
| Supplies | 525.00 |
| Taxes and licenses | 3,999.00 |
| Travel, meals, etc | 300.00 |
| Utilities | 1,172.00 |
| Other  Computer/Operations Softwa | 660.00 |
| Wages | 19,332.00 |

**Total Expenses**                           $ 58,047.00

**Net Monthly Income**                        $ -3,965.00

B2030 (Form 2030) (12/19)

# United States Bankruptcy Court

### District of South Carolina

**In re** HandPicked, Inc.

Case No. _____

**Debtor**

Chapter <sup>11</sup> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 15,000.00 _____

    The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $ 375.00 _____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☐ Debtor        ☑ Other (specify)  Sonya Ingram

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

d.   [Other provisions as needed]

Above is retainer only.  Fees billed hourly as outlined in Application to Employ to be filed at a future date.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

1) Adversary proceedings in the Bankruptcy Court; (2) Lawsuits or other legal proceedings before any other court or tribunal; (3) Appeals; and (4) Matters involving material facts not disclosed at the time the Retainer Agreement was executed.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/30/2023

*Date*

/s/ W. Harrison Penn, District Ct. ID #11164

*Signature of Attorney*

Penn Law Firm, LLC

*Name of law firm*

1517 Laurel Street (29201)
PO Box 11332
Columbia, SC 29211-1332